# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0922
_____

DARRIUES PRINCE ALEXANDER HEPBURN,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—Original Jurisdiction.


January 28, 2026


PER CURIAM.

    The Court denies the petition alleging ineffective assistance of appellate counsel on the merits. *See* Fla. R. App. P. 9.141(d)(6)(C).

LEWIS, ROWE, and NORDBY, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Darriues Prince Alexander Hepburn, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.